

# Fourth Court of Appeals
## San Antonio, Texas

March 15, 2018

No. 04-17-00128-CR

Joshua **SANCHEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR7686
Honorable Lorina I. Rummel, Judge Presiding

## O R D E R

Sitting:     Karen Angelini, Justice
             Rebeca C. Martinez, Justice
             Patricia O. Alvarez, Justice

The panel has considered the appellant's motion for rehearing, and the motion is DENIED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of March, 2018.

_____
Keith E. Hottle
Clerk of Court